# ALABAMA COURT OF CRIMINAL APPEALS



February 28, 2025

**CR-2023-0779**
Edward Dwight Coleman v. State of Alabama (Appeal from Jefferson Circuit Court: CC-94-103.68)

## <u>NOTICE</u>

You are hereby notified that on February 28, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk